**Dennis HORTON, Appellant,**

v.

**Michael DELONEY, Disciplinary Hearing Officer, Central Office, Arkansas Department of Correction (originally sued as Micheal Deloney); Greg Harmon, Warden, Maximum Security Unit, Arkansas Department of Correction; Roger D. Shelton, (originally sued as R. Shelton), Field Lt., Maximum Security Unit, Arkansas Department of Correction, Appellees.**

**No. 99–4298.**

United States Court of Appeals,
Eighth Circuit.

Submitted Feb. 7, 2001.

Decided Feb. 8, 2001.

Before BOWMAN, BEAM, and LOKEN, Circuit Judges.

PER CURIAM.

After Arkansas inmate Dennis Horton was written up and found guilty of disci-

plinary charges involving possession of alcohol and drugs, he brought this 42 U.S.C. § 1983 action against some of the prison officials involved. The district court[1] dismissed his complaint, and this appeal followed. Having carefully reviewed the record and the parties' briefs, we agree with the district court, for the reasons explained in its order, that Horton's complaint failed to state a constitutional violation.

Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The HONORABLE STEPHEN M. REASONER, United States District Judge for the Eastern District of Arkansas, adopting the findings and recommendations of the HONORABLE

H. DAVID YOUNG, United States Magistrate Judge for the Eastern District of Arkansas.